# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## ASHEVILLE DIVISION
## CIVIL ACTION NO. 1:23-CV-00189-KDB

| | |
|---|---|
| **LUCAS PENFOLD,** | |
| **Plaintiff,** | |
| **v.** | **ORDER** |
| **MARTIN O'MALLEY,** **Commissioner of Social Security,** | |
| **Defendant.** | |

     **THIS MATTER** is before the Court on Defendant's Consent Motion to Remand (Doc. No. 9). Pursuant sentence four of 42 U.S.C. § 405(g), this Court has the power to remand Social Security actions together with a judgment affirming, modifying, or reversing Defendant's decision. Here, with Plaintiff's consent, Defendant seeks to remand this case for further administrative proceedings. Accordingly, at the request of the parties, the Court hereby remands this case to Defendant pursuant to sentence four of 42 U.S.C. § 405(g) for further administrative proceedings. *See Melkonyan v. Sullivan*, 501 U.S. 89 (1991); *Shalala v. Schaefer*, 509 U.S. 292 (1993).

     **SO ORDERED.**

Signed: January 16, 2024

Kenneth D. Bell
United States District Judge